STATE OF NEW JERSEY v. JAMES BROCKINGTON.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS R. O'BRIEN.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL D'ALESSANDRO.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GUILLERMO QUINTANA.

October 18, 1988.

Petition for certification denied.